IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION



FILED

NOV 19 2020

Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:20-CR-92 JUDGE JDK-JDL |
| MONICA RUIZ (01) | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### General Allegations

At all times relevant to this indictment:

1. **Monica Ruiz** resided in or around Bullard, Texas, and Shreveport, Louisiana.

2. The victim, D.O., was an elderly individual who resided in or around Bullard, Texas.

<u>Financial Institutions</u>

3. Texas National Bank was a "financial institution," as defined by Title 18, United States Code, Section 20. It was based in Jacksonville, Texas, within the Eastern District of Texas.

4. Austin Bank was a "financial institution," as defined by Title 18, United States Code, Section 20. It was based in Jacksonville, Texas, within the Eastern District of Texas.

**Indictment – Page 1**

5. Regions Bank was a "financial institution," as defined by Title 18, United States Code, Section 20. It was based in Birmingham, Alabama, within the Northern District of Alabama.

6. JPMorgan Chase Bank, N.A. (JPMorgan Chase), was a "financial institution," as defined by Title 18, United States Code, Section 20. It was based in New York, New York, within the Southern District of New York.

## COUNTS 1-4

<u>Violation</u>: 18 U.S.C. § 1343
(Wire Fraud)

1. The General Allegations section of this indictment is realleged and incorporated by reference as though fully set forth herein.

2. From in or about January 2013, and continuing through in or about November 2019, the exact dates being unknown, in the Eastern District of Texas, and elsewhere, the defendant, **Monica Ruiz**, knowingly devised and intended to devise a scheme and artifice to defraud D.O., and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

### Purpose of the Scheme and Artifice

3. It was the purpose of the scheme and artifice for the defendant to unlawfully and unjustly enrich herself by obtaining money from the victim, D.O., by means of materially false and fraudulent pretenses, representations, and promises.

## The Scheme and Artifice

The manner and means by which the defendant sought to accomplish the purpose of the scheme and artifice included, among others, the following:

4. The defendant would, through false or fraudulent pretenses, representations, and promises, and concealment of material facts, persuade the victim to write checks, to deposit, wire, or transfer funds into a bank account, or to transmit funds via financial services companies.

5. Among the defendant's various misrepresentations were the following:

   a. That she had been in a coma;

   b. That she had brain surgery;

   c. That she was falsely arrested and imprisoned;

   d. That she had bribed a judge and prosecutor;

   e. That her son died in a car accident in Pennsylvania;

   f. That she was in a car accident;

   g. That she had a kidney transplant;

   h. That her daughter was committed to a mental institution;

   i. That she was incarcerated; and

   j. That her grandmother died.

6. At times, the defendant impersonated other people in communications with the victim.

7. At other times, the defendant created and used false personas in communications with the victim.

8. The money and property that the defendant obtained from the victim, D.O., included, but was not limited to, the following:

    a. Sixty-two checks totaling $345,000, drawn on a Texas National Bank account between January 6, 2013 and May 9, 2014;

    b. Nineteen checks totaling $354,000, drawn on a Texas National Bank account between April 24, 2015 and July 25, 2015;

    c. Sixty-five checks totaling $2,994,371, drawn on an Austin Bank account between January 13, 2017 and May 20, 2019;

    d. Fifteen checks totaling $363,100, drawn on a Regions Bank account between November 2, 2018 and January 18, 2019;

    e. One check totaling $7,500, drawn on a Regions Bank account on June 20, 2019; and

    f. Two cashier's checks totaling $88,000, drawn on a Chase Bank account on October 25, 2019.

9. The defendant and others acting at her direction would obtain the funds.

10. The defendant would make false and fraudulent statements, representations, and promises, and conceal material facts, in order to avoid discovery of the fraudulent nature of the transactions.

11. When a bank would question the source of the funds or nature of a transaction, the defendant would lie and make material omissions about her entitlement to the funds, so as to obtain the money and so as to avoid detection and conceal the fact that the funds were fraudulently obtained from the victim.

12.   The defendant obtained control of the funds and used the monies for her personal benefit, as well as that of others.

### Acts in Execution of the Scheme and Artifice

13.   On or about the dates specified below, in the Eastern District of Texas and elsewhere, for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud and obtain money from the victim, D.O., by means of false and fraudulent pretenses, representations, and promises, the defendant, **Monica Ruiz**, knowingly transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce the writings, signs, signals, pictures, and sounds described below:

| Count | Date | Description of Wire |
|---|---|---|
| 1 | 12/3/2015 | $1500 wire transfer |
| 2 | 10/13/2016 | $2000 wire transfer |
| 3 | 6/10/2017 | $1900 wire transfer |
| 4 | 6/24/2017 | $1800 wire transfer |

All in violation of 18 U.S.C. § 1343.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)

1. The allegations contained in Counts 1 through 4 of this indictment are realleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant has an interest.

2. Upon conviction of any violation of 18 U.S.C. § 1343, the defendant, **Monica Ruiz**, shall forfeit to the United States any property, real or personal, that constitutes or is derived from proceeds traceable to a violation of any offense constituting "specified unlawful activity," or a conspiracy to commit such offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

3. The property which is subject to forfeiture, includes but is not limited to the following:

Cash Proceeds:

A sum of money equal to $4,851,971.00 in United States currency, and all interest and proceeds traceable thereto, representing the proceeds of the offense, for which the defendant is personally liable.

4. Pursuant to 21 U.S.C. § 853(p), as incorporated by reference by 18 U.S.C. § 982(b), if any of the forfeitable property, or any portion thereof, as a result of any act or omission of the defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred, or sold to, or deposited with a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek the forfeiture of other property of the defendant up to the value of the above-described forfeitable properties, including, but not limited to, any identifiable property in the name of **Monica Ruiz**.

    5.    By virtue of the commission of the offenses alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and the procedures set forth at 21 U.S.C. § 853, as made applicable through 18 U.S.C. § 982(b)(1).

A TRUE BILL

_____
GRAND JURY FOREPERSON

11/18/20
Date

STEPHEN J. COX
UNITED STATES ATTORNEY

_____
NATHANIEL C. KUMMERFELD
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:20-CR-92 JUDGE JDK-JDL |
| MONICA RUIZ (01) | § | |

## NOTICE OF PENALTY

### COUNTS 1-4

VIOLATION:       18 U.S.C. § 1343
                 Wire Fraud

PENALTY:         Imprisonment of not more than twenty (20) years; the greater of a fine not to exceed $250,000, a fine not to exceed two times the gross gain to the Defendant, or a fine not to exceed two times the loss to the victim, or both such imprisonment and fine; and a term of supervised release of not more than three (3) years.

SPECIAL ASSESSMENT: $100.00 each count

Indictment – Page 8