IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 6:20-CR-92 |
| v. | § | |
| | § | |
| MONICA RUIZ (01) | § | |

## ELEMENTS OF THE OFFENSE

COMES NOW, the United States of America, by and through the United States Attorney for the Eastern District of Texas, and files this pleading summarizing the elements of the offense to which the defendant intends to enter a plea of guilty to Count One of the indictment:

Title 18, United States Code, Section 1343 makes it a crime for anyone to use interstate or foreign wire, radio, or television communications in carrying out a scheme to defraud.

To establish that the defendant is guilty of wire fraud, the government must prove the following beyond a reasonable doubt:

*First:*  That the defendant knowingly devised or intended to devise any scheme to defraud;

*Second:*  That the scheme to defraud employed false material pretenses, representations, or promises;

*Third:*  That the defendant transmitted or caused to be transmitted by way of wire, radio, or television communications, in interstate or foreign commerce, any writing, sign, signal, picture, or sound for the purpose of executing such scheme; and

**Elements of the Offense – Page 1**

*Fourth:* That the defendant acted with a specific intent to defraud.

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

*/s/ Nathaniel C. Kummerfeld*
NATHANIEL C. KUMMERFELD
Assistant United States Attorney
Texas Bar No. 24060122
110 N. College, Ste. 700
Tyler, TX  75702
(903) 590-1400
(903) 590-1439 (fax)
Nathaniel.Kummerfeld@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Elements of the Offense was served on counsel of record for defendant via the court's CM/ECF on this the 16th day of March, 2021.

*/s/ Nathaniel C. Kummerfeld*
Nathaniel C. Kummerfeld