IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 6:20-CR-92 |
| v. | § | |
| | § | |
| MONICA RUIZ (01) | § | |

### FACTUAL BASIS

Investigation by the United States Secret Service (USSS), Tyler Police Department (TPD), and the Louisiana State Police – Gaming Enforcement Division disclosed the following facts that establish that I, the defendant, Monica Ruiz, violated 18 U.S.C. § 1343. I accept the following factual basis as true and correct:

1. From in or about January 2013, and continuing through in or about November 2019, in the Eastern District of Texas, and elsewhere, I knowingly devised and intended to devise a scheme and artifice to defraud D.O., and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

2. The scheme to defraud employed false material pretenses, representations, or promises.

3. I transmitted or caused to be transmitted by way of wire, radio, or television communications, in interstate or foreign commerce, writings, signs, signals, pictures, or sounds for the purpose of executing the scheme.

4. I acted with a specific intent to defraud, that is a conscious, knowing intent to deceive or cheat.

Factual Basis - Page 1

5. It was the purpose of the scheme and artifice to unlawfully and unjustly enrich myself by obtaining money from the victim, D.O., by means of materially false and fraudulent pretenses, representations, and promises.

6. Through false or fraudulent pretenses, representations, and promises, and concealment of material facts, I persuaded the victim to write checks, to deposit, wire, or transfer funds into a bank account, or to transmit funds via financial services companies.

7. Among the my various misrepresentations were the following:

    a. That I had been in a coma;

    b. That I had brain surgery;

    c. That I was falsely arrested and imprisoned;

    d. That I bribed a judge and prosecutor;

    e. That my son died in a car accident in Pennsylvania;

    f. That I was in a car accident;

    g. That I had a kidney transplant;

    h. That my daughter was committed to a mental institution;

    i. That I was incarcerated; and

    j. That my grandmother died.

8. At times, I impersonated other people in communications with the victim.

9. At other times, I created and used false personas in communications with the victim.

10. The money and property that I obtained from the victim, D.O., included, but was not limited to, the following:

    a. Sixty-two checks totaling $345,000, drawn on a Texas National Bank account between January 6, 2013 and May 9, 2014;

    b. Nineteen checks totaling $354,000, drawn on a Texas National Bank account between April 24, 2015 and July 25, 2015;

    c. Sixty-five checks totaling $2,994,371, drawn on an Austin Bank account between January 13, 2017 and May 20, 2019;

    d. Fifteen checks totaling $363,100, drawn on a Regions Bank account between November 2, 2018 and January 18, 2019;

    e. One check totaling $7500, drawn on a Regions Bank account on June 20, 2019; and

    f. Two cashier's checks totaling $88,000, drawn on a Chase Bank account on October 25, 2019.

11. At times, I would obtain the funds. At other times, others acting at my direction would obtain the funds.

12. I would make false and fraudulent statements, representations, and promises, and conceal material facts, in order to avoid discovery of the fraudulent nature of the transactions.

13. When a bank would question the source of the funds or nature of a transaction, I would lie and make material omissions about my entitlement to the funds, so as to obtain the money and so as to avoid detection and conceal the fact that the funds were fraudulently obtained from the victim.

14. I obtained control of the funds and used the monies for my personal benefit, as well as that of others.

15. On or about the dates specified below, in the Eastern District of Texas and elsewhere, for the purpose of executing and attempting to execute the scheme and artifice to defraud and obtain money from the victim, D.O., by means of false and fraudulent pretenses, representations, and promises, I knowingly transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce the writings, signs, signals, pictures, and sounds described below:

| Date | Description of Wire |
|---|---|
| 8/8/2015 | $2000 wire transfer |
| 12/3/2015 | $1500 wire transfer |
| 10/13/2016 | $2000 wire transfer |
| 6/10/2017 | $1900 wire transfer |
| 6/24/2017 | $1800 wire transfer |

16. The offense resulted in substantial financial hardship to D.O.

17. The offense involved sophisticated means, and I intentionally engaged in and caused the conduct constituting sophisticated means.

18. I knew that a victim of the offense was a vulnerable victim.

19. The currently unreimbursed losses caused by my conduct are $4,851,971.00, and that is the appropriate amount should the Court order restitution.

20. The proceeds of the offense, for which I am personally liable are $4,851,971.00, and that is the appropriate amount should the Court order forfeiture.

21. I acknowledge that these acts constitute violations of 18 U.S.C. § 1343 (Wire Fraud).

I hereby stipulate that the facts described above are true and correct and accept them as the uncontroverted facts of this case.

Dated: 3/11/21

*Monica Ruiz*
Defendant

### Defendant's Counsel's Signature and Acknowledgment:

I have read this Factual Basis and the Plea Agreement in this matter and have reviewed them with my client, Monica Ruiz. Based upon my discussions with my client, I am satisfied that she understands the terms and effects of the Factual Basis and the Plea Agreement and that she is signing this Factual Basis voluntarily.

Dated: 3/11/21

Matt Millslagle
Attorney for Defendant